**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE**

LORIA GILL,

    Plaintiff,

    v.                                        CASE NO. 5:09cv1309-WS-DTB

CITY OF MURRIETA, et al.,

    Defendants,

## JUDGMENT

The defendants' motion for summary judgment is granted as to all counts. Judgment is entered in defendants' favor. Costs shall be taxed against Gill.

<u>January 26, 2011</u>                              <u>s/ William Stafford</u>
DATE                                                  WILLIAM STAFFORD
                                                      SENIOR UNITED STATES DISTRICT JUDGE
                                                      NORTHERN DISTRICT OF FLORIDA
                                                      (SITTING BY DESIGNATION)